# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

**Connie Rodriguez, on behalf of herself and others similarly situated**
CASE NO. : 1:17-CV-05070-WHP

*Plaintiff*

**vs**

**Manhattan River Group, LLC et al.,**

*Defendant*

# AFFIDAVIT OF SERVICE

State of New York }
County of New York } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in New York, New York

That on **7/19/2017** at **9:14 AM** at **348 Dyckman Street, New York, NY 10034**

deponent served a(n) **Summons In A Civil Action, Complaint and Jury Demand**

on **Josh Rosen**

by delivering thereat a true copy of each to **Jane Doe (Refused To Give Her Name) [Co-Worker]**, a person of suitable age and discretion. Said premises is defendant's actual place of business within the state.

Within 20 days of such delivery, deponent mailed a copy of same by first class mail in a postpaid envelope properly addressed to defendant at defendant's actual place of business at **348 Dyckman Street, New York, NY 10034**. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

Mailed Copy on **07/20/2017**

**c/o Manhattan River Group, LLC**

Description of Person Served:
Gender: Female
Skin: Black
Hair: Black
Age: 22 - 35 Yrs.
Height: 5' 4" - 5' 8"
Weight: 131-160 Lbs.
Other:

MILITARY SERVICE: Upon information and belief based upon the conversation(s) and observation(s) as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

Sworn to before me this
20th day of July, 2017

NOTARY PUBLIC
JOHN DICANIO
NOTARY PUBLIC STATE OF NEW YORK
WESTCHESTER COUNTY
LIC. # 01DI4977768
COMM EXP. 2/11/2019

Juan Pimentel
License No.1342287