UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
CONNIE RODRIGUEZ, on behalf of herself
and others similarly situated,

       CASE NO.: 17 CV 05070 (WHP)

       **Plaintiff,**

    v.

MANHATTAN RIVER GROUP, LLC,
JERALD TENENBAUM, JOSH ROSEN,
and ANDREW WALTERS,

       **Defendants.**
--------------------------------------------------------x

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff hereby gives notice that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and through her undersigned counsel she is dismissing this action without prejudice.

Dated: New York, New York
       August 14, 2017

       /s/ Denise A. Schulman
       D. Maimon Kirschenbaum
       Denise A. Schulman
       JOSEPH & KIRSCHENBAUM LLP
       32 Broadway, Suite 601
       New York, NY 10004
       212-688-5640

       *Attorneys for Plaintiff*